# United States District Court
for the

Southern District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Samuel GOMEZ-Pineda**<br>**Honduras** | )<br>)<br>)  Case Number:<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 7, 2020** in the county of **Webb** in the **Southern** District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8 United States Code, Section 1326 | a citizen of Honduras, who was previously removed was thereafter found in the United States near Laredo, Texas. The said defendant has not obtained the consent of the Attorney General of the United States or Secretary of the Department of Homeland Security (March 1, 2003 and thereafter-Title 6 Code, Sections 202 and 557) for the reapplication by the said defendant for admission into the United States. |

This criminal complaint is based on these facts:

See attachment "A".

[X] Continued on the attached sheet.

/s/ Ruben Cortinas Jr.
Complainant's Signature

**Ruben Cortinas Jr., Deportation Officer**
Printed Name and Title

Sworn to before me and signed in my presence,

Date: **December 10, 2020**

Judge's Signature

City and State:  Laredo, Texas      **Diana Song Quiroga, US Magistrate Judge**
Printed Name and Title

UNITED STATES OF AMERICA                                                                                    Page 2
    V.
  **Samuel GOMEZ-Pineda**

**[CONT OF BASIS OF COMPLAINT]**

On December 7, 2020, at approximately 1500 hours, while conducting surveillance in the 2000 block of East Saunders, Laredo, Texas, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Officers observed an individual matching the physical features that of Samuel GOMEZ-Pineda.  Officers approached GOMEZ-Pineda and inquired about his immigration status in the United States. GOMEZ freely admitted being a citizen and national of Honduras, illegally present in the United States. GOMEZ was informed that he was under arrest for an Immigration violation and taken into custody.

GOMEZ is a citizen of Honduras and previously removed from the United States.  GOMEZ illegally re-entered the United States on or about August 5, 2018 by crossing the Rio Grande River at or near Laredo, Texas.

GOMEZ was last removed from the United States on April 7, 2017 from Dallas, Texas.  There is no record of GOMEZ applying for, or receiving permission from the Attorney General or Secretary of the Department of Homeland Security to re-enter the United States.

                                                                                                         **[END]**